| STATE OF LOUISIANA | * | NO. 2025-KA-0388 |
| VERSUS | * | COURT OF APPEAL |
| SHONNON ESTEEN | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |

* * * * * * *

*JCL*   **LOBRANO, J., CONCURS IN THE RESULT**